People v Samantha H. (2026 NY Slip Op 01683)

People v Samantha H.

2026 NY Slip Op 01683

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, SMITH, NOWAK, AND DELCONTE, JJ.

242 KA 24-00883

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vSAMANTHA H., DEFENDANT-APPELLANT. 

KEEM APPEALS, PLLC, SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR DEFENDANT-APPELLANT.
PERRY DUCKLES, ACTING DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Alex R. Renzi, J.), dated August 29, 2024. The order denied the motion of defendant for resentencing pursuant to CPL 440.47. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed.
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court